# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re: GEORGE MATT BYRUM  
      CHERYL ANN BYRUM

Chapter 13  
Case No.: 13-74630-SCS

Debtors

### ORDER RESOLVING TRUSTEE'S MOTION FOR DETERMINATION OF THE FINAL CURE PURSUANT TO RULE 3002.1

**THIS MATTER CAME** to be heard upon the Trustee's Motion for Determination of the Final Cure Pursuant to Rule 3002.1 (the "Motion for Determination"), filed by Michael P. Cotter, Chapter 13 Standing Trustee (the "Trustee"). Upon service of said Motion for Determination by means of first class mail, postage pre-paid upon all required parties in interest, and upon the hearing convened before this Court on May 30, 2019; it is hereby

**THIS MATTER IS CONCLUDED.**

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

**Date Entered:** Jun 3, 2019

/s/ Frank J. Santoro    Jun 3 2019

**Judge**

I ASK FOR THIS:

/s/ Michael P. Cotter

Michael P. Cotter  
Chapter 13 Standing Trustee

Michael P. Cotter  
VSB No. 19526  
Chapter 13 Standing Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA 23320  
(757) 961-3000

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Standing Trustee

Copy List:

GEORGE MATT BYRUM
CHERYL ANN BYRUM
528 WARRICK RD
CHESAPEAKE, VA 23322

BOLEMAN LAW FIRM PC
272 BENDIX ROAD
SUITE 330
VIRGINIA BEACH, VA 23452

BSI FINANCIAL SERVICES
C/O GAGAN SHARMA
1425 GREENWAY DRIVE, SUITE 400
IRVING, TX 75038

Dinh Ngo, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Ave, Suite 800
Laurel, MD 20707

Michael P. Cotter
VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000